IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL ACTION NO.: 4:21-CV-00077-FL

| | | |
|---|---|---|
| CORY FREEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN WOOD GROUP PLC, HKA | ) | **ORDER** |
| ENTERPRISES OF SOUTH CAROLINA, | ) | |
| LLC, and AMEC FOSTER WHEELER | ) | |
| KAMTECH, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

UPON CONSIDERATION of Defendant HKA Enterprises of South Carolina, LLC's Consent Motion to Stay Discovery pursuant to Rule 26 of the Federal Rules of Civil Procedure; and

It appearing to the Court that Defendant HKA Enterprises of South Carolina, LLC's Motion to Dismiss has the potential to terminate all claims against it; and

It appearing to the Court that Defendant HKA Enterprises of South Carolina, LLC asserts that there is strong support on the merits for its Motion to Dismiss; and

It appearing to the Court that any forthcoming discovery will be irrelevant to the adjudication of Defendant HKA Enterprises of South Carolina, LLC's Motion to Dismiss; and

It appearing to the Court that a stay of discovery pending HKA Enterprises of South Carolina, LLC's Motion to Dismiss will help facilitate the progression of discovery in a more streamlined and efficient manner and will not affect the parties' obligations to preserve evidence or otherwise prejudice any of the parties;

IT IS THEREFORE ORDERED that Defendant HKA Enterprises of South Carolina, LLC's Consent Motion to Stay Discovery is **GRANTED** and that discovery in this action is **STAYED** until the Court issues a ruling on Defendant HKA Enterprises of South Carolina, LLC's Motion to Dismiss.

SO ORDERED, this the __4th__ day of __October____, 2021.

_\_ Louise W. Flanagan _____

HONORABLE LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE

48716094.1